UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESPERANZA DURAN-CORDOVA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PARIS LAS VEGAS OPERATING COMPANY, LLC; DOES 1-100; AND ROE CORPORATIONS 1-100 inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-02327-APG-NJK<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>(Dkt. #1) |

　　　Defendant Paris Las Vegas Operating Company, LLC removed this lawsuit to federal court on the basis of diversity jurisdiction. (Dkt. #1.) Paris states in its petition for removal that it is a limited liability company organized in Nevada, with its principal place of business in Las Vegas, and is a citizen of Nevada. (*Id.* at 2.) Thus, removal is improper and I remand this case to state court.

　　　A civil action brought in a state court over which federal courts have original jurisdiction may be removed by the defendant to the appropriate district court. 28 U.S.C. § 1441(a). However, § 1441(b) imposes a limitation on actions removed to federal court based on diversity jurisdiction: "such action[s] shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b). "The 'forum defendant' rule reflects the belief that [federal] diversity jurisdiction is unnecessary because there is less reason to fear state court prejudice against the defendants if one or more of them is from the forum state." *Spencer v. U.S. Dist. Ct. for N. Dist. of Cal.*, 393 F.3d 867, 870 (9th Cir. 2004) (citations omitted) ("It is thus clear that the presence of a local defendant at the time removal is sought bars removal.").

　　　Paris admits that it is a citizen of Nevada. (Dkt. #1 at 2.) Therefore, the forum defendant rule renders removal improper.

IT IS THEREFORE ORDERED that the case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

Dated: December 9, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE